# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CRIMINAL 04-00458JMS-01

CASE NAME:         United States of Americ avs. Craig Kiyoshi Iwase

ATTYS FOR PLA:     Michael Kawahara

ATTYS FOR DEFT:    Pamela O'Leary Tower

INTERPRETER:

JUDGE:    J. Michael Seabright        REPORTER:    Sharon Ross

DATE:     08/24/2006                  TIME:        11:30 - 11:45

COURT ACTION:  Status Conference:

Defendant's presence waived.

Status conference held in chambers.

Court reporters notes SEALED.

Submitted by: Dottie Miwa, Courtroom Manager