EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00458 JMS |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | ) | |
| CRAIG KIYOSHI IWASE, | ) | |
| Defendant. | ) | |

**STIPULATION TO CONTINUE SENTENCING**

For the reasons set forth in the sealed hearing before U.S. District Judge J. Michael Seabright on August 24, 2006, it is hereby stipulated that the sentencing hearing for defendant Craig Kiyoshi Iwase, currently set for August 28, 2006 at 2:15 p.m., is hereby continued until May 29, 2007 at 1:30 p.m. before U.S. District Judge Seabright.

The parties also understand that no further continuances in the sentencing hearing will be authorized by the Court.

DATED: Honolulu, Hawaii, August 24, 2006.

>                    EDWARD H. KUBO, JR.
>                    United States Attorney
>                    District of Hawaii
>
>
>                    By /s/ Michael K. Kawahara
>                       MICHAEL K. KAWAHARA
>                       Assistant U.S. Attorney
>
>
>                    /s/ Pamela O'Leary Tower
>                    PAMELA O'LEARY TOWER
>                    Attorney for defendant

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, August 31, 2006.

>                    _____
>                    J. Michael Seabright
>                    United States District Judge

USA v. Iwase, USDC-Hawaii Cr. No. 04-0458JMS, Stipulation to Continue Sentencing; Order.