EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0458JMS |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | |
| | ) | |
| CRAIG KIYOSHI IWASE, | ) | Sentencing date: 5/14/07 at |
| | ) | 2:15 p.m., before the Hon. |
| Defendant. | ) | J. Michael Seabright, U.S. |
| _____ | ) | District Judge |

**MOTION FOR DOWNWARD DEPARTURE**
**IN SENTENCING DEFENDANT**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant above-named, due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to 18 U.S.C. 3553(e) and U.S. Sentencing Commission Guideline 5K1.1, and is based upon the

information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

    DATED:  Honolulu, Hawaii, May 9, 2007.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii

                                      By <u>/s/ Michael K. Kawahara</u>
                                         MICHAEL K. KAWAHARA
                                         Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Ms. Pamela O'Leary Tower
pamelatower@earthlink.net          May 9, 2007

   Attorney for Defendant
   Craig Kiyoshi Iwase

Served by hand-delivery:

Probation Officer                  May 9, 2007
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                   /s/ Rowena N. Kang