# MINUTES

CASE NUMBER:      CRIMINAL 04-00458JMS-01

CASE NAME:        United States of America vs. Craig Kiyoshi Iwase

ATTYS FOR PLA:    Michael K. Kawahara

ATTYS FOR DEFT:   Pamela O'Leary Tower

U.S.P.O:          Peter Yoshihara

JUDGE:   J. Michael Seabright        REPORTER:   Gloria Bediamol

DATE:    05/14/2007                  TIME:       2:45 - 3:15

COURT ACTION:  Sentencing to Count 1 of the Information:

Defendant present in custody with counsel Pamela Tower.

Memorandum of Plea Agreement accepted.

Governments Motion for Downward Departure GRANTED.

Governments Exhibit 1 SEALED.

Allocution by the defendant.

Imprisonment 96 months. Supervised Release 4 years under the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

Page 2
Criminal 04-00458JMS-01
U.S.A. vs. Craig Kiyoshi Iwase
May 14, 2007

5.      That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.      That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

7.      That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

RECOMMENDATION: 1) Yankton, South Dakota.  2) Forrest City, Arkansas.
3) Bastrop, Texas.

That the defendant participate in educational and vocational training programs.

MITTIMUS:   Forthwith.

Submitted by:   Dottie Miwa, Courtroom Manager