W. Mancia

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 20 2007

at 10 o'clock and 90 min, A M
SUE BEITIA, CLERK

CASE NUMBER: 1:04CR00458-001 JMS   Judgment - Page 2 of 6
DEFENDANT: CRAIG KIYOSHI IWASE

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 96 MONTHS

[✔]   The court makes the following recommendations to the Bureau of Prisons:
1) Yankton, South Dakota.  2) FCI Forrest City, Arkansas.  3) Bastrop, Texas.

That the defendant participate in educational and vocational training programs.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on 11-1-07 to FCI Forrest City Low
at Forrest City AR, with a certified copy of this judgment.

T. C. Outlaw, Warden
UNITED STATES MARSHAL

By S. Brown L/E
Deputy U.S. Marshal